No. 545, Misc. CHILDS v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Gerald A. Messerman* for petitioner.

No. 875, Misc. HAMILTON v. PATTERSON, VOCATIONAL INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Nelson P. Kempsky,* Deputy Attorney General, for respondent.

No. 1207, Misc. MILLER v. BAKER, WARDEN. Sup. Ct. N. M. Certiorari denied. *James A. Maloney,* Attorney General of New Mexico, and *James V. Noble,* Assistant Attorney General, for respondent.

No. 1233, Misc. JUELICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1290, Misc. RALPH v. MARYLAND. Ct. App. Md. Certiorari denied. *Edward L. Genn* for petitioner. *Francis B. Burch,* Attorney General of Maryland, *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent.

No. 1408, Misc. BURTON v. UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1445, Misc. WADE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.